# Garretson *v.* Joseph.

*Action of Assumpsit for Money had and Received.*

1. *Payment by check.*—A justice of the peace, who accepts a judgment debtor's check payable to himself personally in payment of the judgment rendered by him, satisfies the judgment on his record, and pays to the successful party the amount due him. can not, on dishonor of the check, recover of said party the money paid him ; and whether the judgment debtor had money in the bank to pay the check between the times it was made and presented is immaterial.

APPEAL from the Circuit Court of Jefferson.
Tried before the Hon. JAMES J. BANKS.

DICKINSON & KERR, for the appellant.

RICHARD H. FRIES, for the appellee.

COLEMAN, J.—The appellee, Henry Joseph, sued one T. H. White and recovered a judgment against him before the appellant, Garretson, as a justice of the peace. To pay the judgment and cost of suit, White gave his check payable to said Garretson for the full amount. Garretson marked the judgment on his docket satisfied, and paid over to Henry Joseph, in whose favor the judgment was rendered, the amount of the judgment in his favor. Garretson mislaid the check and forgot it had not been paid. Discovering his neglect some four months afterwards, he presented the check for payment and it was refused. The plaintiff in this suit, Garretson, the justice of the peace, brought the present action to recover from Joseph the money paid him on the judgment. The plaintiff introduced evidence tending to show that at the time White drew the check, he did not have sufficient money in the bank to pay the entire check, and has not had sufficient for this purpose but once, before the bringing of this suit, and that but for a short time. We think this immaterial. Garretson was authorized to receive payment and enter satisfaction of the judgment recovered before him. The check was made payable to him individually. He received it as payment. The facts show this conclusively. He satisfied the judgment, and paid the amount to Joseph the party in whose favor the judgment was rendered. After

[Gay v. Bankston.]

satisfying the judgment and payment to Joseph the check was his individual property. No other person had any interest in it. He certainly has no recourse on Joseph. If he has any remedy it is against White. There is no error in the record. The judgment is

Affirmed.